[No. 27223-3-I.   Division One.   April 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES C. HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-02413-6, Michael J. Fox, J., entered October 4, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Kennedy, JJ.

[No. 13393-8-II.   Division Two.   April 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO GUITIERREZ MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-02445-6, Robert H. Peterson, J., entered November 15, 1989. *Reversed* by unpublished opinion per Reed, J. Pro Tem., concurred in by Petrich, C.J., and Morgan, J.

[No. 13110-2-II.   Division Two.   April 14, 1992.]

DAN G. DEBERNARDI, *Appellant*, v. CENTRAL KITSAP SCHOOL DISTRICT NO. 401, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-2-01672-2, Terence Hanley, J., entered August 7, 1989. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Alexander, J., and Pearson, J. Pro Tem.